AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Corbit, Frederick P. | Bankruptcy Court - WA | 04/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

P.O. Box 2164
Spokane, WA 99210-2164

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Great Northern School District - Salary |
| 2. 2018 | Orchard Prarie School District - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Washington State Bar Association | 1/11 - 1/13 | Seattle | Access to Justice Board Meeting | aifare and lodging |
| 2. | Washington State Bar Association | 2/22 - 2/24 | Seattle | Access to Justice Board Meeting | airfare and lodging |
| 3. | Federal Judicial Center | 3/13 - 3/16 | New Orleans, LA | National Workshop of Bankruptcy Judges Seminar | airfare, lodging and meals |
| 4. | Washington State Bar Association | 3/22 - 3/23 | Seattle | Access to Justice Board Meeting | airfare and lodging |
| 5. | Oregon State Bar Association | 4/13 - 4/16 | Seattle | NW Bankruptcy Bar Seminar | airfare, lodging and meals |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Washington State Bar Association | 4/19 - 4/20 | Seattle | Access to Justice Board Meeting | airfare, lodging |
| 7. | Federal Judicial Center | 5/8 - 5/13 | Washington, DC | Conference of Chief Bankruptcy Judges | airfare, lodging and meals |
| 8. | Washington State Bar Association | 5/24 - 5/26 | Seattle | Access to Justice Board Meeting | airfare, lodging and meals |
| 9. | Bankruptcy Bar Association for Eastern District of Washington | 6/14 - 6/16 | Winthrop, WA | Bankruptcy Bar seminar | airfare, lodging |
| 10. | Washington State Bar Association | 6/21 - 6/22 | Seattle | Access to Justice Board Meeting | airfare, lodging |
| 11. | Washington State Bar Association | 8/9 - 8/10 | Seattle | Access to Justice Board Meeting | airfare, lodging |
| 12. | Washington State Bar Association | 9/5 - 9/6 | Olympia, WA | Access to Justice Board Meeting | airfare, lodging |
| 13. | Office of the Circuit Executive | 9/23 - 9/25 | Redondo Beach, CA | 9th Circuit Conference of Chief Judges | airfare, lodging and meals |
| 14. | Washington State Bar Association | 10/12 - 10/12 | Seattle, WA | Access to Justice Board Meeting | aifare |
| 15. | Federal Judicial Center | 10/26 - 10/31 | San Antonio, TX | National Conference of Bankruptcy Judges | airfare |
| 16. | Washington State Bar Association | 11/8 - 11/9 | Seattle, WA | Access to Justice Board Meeting | airfare, lodging |
| 17. | Washingtron Bar Association | 12/14 - 12/14 | Seattle, WA | Access to Justice Board Meeting | airfare |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual | Loan from whole life insurance policy | J |
| 2. | Homestreet Bank | mortgage | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO BROKERAGE ACCOUNT (H) | | | | | | | | | |
| 2. Wells Fargo Bank Deposit Sweep | A | Interest | | | Closed | 05/11/18 | J | | |
| 3. Cashmere Valley Bank Wash New (CSHX | E | Dividend | | | Sold | 05/11/18 | O | | |
| 4. Calamos Invt Tru New Market Neutral Income (CMNIX) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 5. Invesco Dividend Income Fund Class Y (IAUYX) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 6. Federated Strategic Value Dividend Fund Institutional Shares (SVAIX) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 7. Goldman Sachs Global Income Fund Institutional (GSGLX) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 8. Pioneer Multi-Asset Ultrashort Income Fund Class Y (MYFRX) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 9. Wells Fargo Diversified Capital Builder Fund - Class Inst. (EKBYX) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 10. AB Large Cap Growth Fund Adv. (APGYX | | None | | | Sold (part) | 01/12/18 | J | | |
| 11. | | | | | Sold | 05/11/18 | J | | |
| 12. AB High income Fund (AGDYX) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 13. John Hancock Int'l Growth Fund Class I (GOGIX) | | None | | | Sold | 05/11/18 | J | | |
| 14. Ivy Emerging Markets Equity Fund (IPOIX | | None | | | Sold | 05/11/18 | J | | |
| 15. Mainstay Convertible Fund Class I (MCNVX) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 16. PIMCO Income Fund Instl. CL (PIMIX) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 17. WELLS FARGO BENEFICIARY IRA (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Bank Deposit Sweep | A | Int./Div. | | | Closed | 05/14/18 | J | | |
| 19. Calamos Invt Tr New Market Neutral Income Fund (CMNIX) | A | Dividend | | | Sold (part) | 01/10/18 | J | | |
| 20. | | | | | Sold | 05/14/18 | J | | |
| 21. Invesco Dividend Income Fund Class Y (IAUYX) | A | Dividend | | | Sold (part) | 01/10/18 | J | | |
| 22. | | | | | Sold | 05/14/18 | J | | |
| 23. Federated Strategic Value Dividend Fund Institutional Shares (SVAIX) | A | Dividend | | | Sold (part) | 01/10/18 | J | | |
| 24. | | | | | Sold | 05/14/18 | J | | |
| 25. Goldman Sachs Global Income Fund Institutional (GSGLX) | A | Dividend | | | Sold (part) | 01/10/18 | J | | |
| 26. | | | | | Sold | 05/14/18 | J | | |
| 27. Pioneer Multi-Asset Ultrashort Income Fund Class Y (MYFRX) | A | Dividend | | | Sold (part) | 01/11/18 | J | | |
| 28. | | | | | Sold | 05/14/18 | J | | |
| 29. Wells Fargo Diversified Capital Builder Fund - Class Inst. (EKBYX) | A | Dividend | | | Sold (part) | 01/10/18 | J | | |
| 30. | | | | | Sold | 05/14/18 | J | | |
| 31. John Hancock Funds Intl Growth Fund Class I (GOGIX) | A | Dividend | | | Sold (part) | 01/10/18 | J | | |
| 32. | | | | | Sold (part) | 04/13/18 | J | | |
| 33. | | | | | Sold | 05/14/18 | J | | |
| 34. Mainstay Convertible Fund Class I (MCNVX) | A | Dividend | | | Sold (part) | 01/10/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/14/18 | J | | |
| 36. AB High Income Fund Advisor Class (AGDYX) | A | Dividend | | | Sold (part) | 01/10/18 | J | | |
| 37. | | | | | Sold | 05/14/18 | J | | |
| 38. AB Large Cap Growth Fund Class A (APGYX) | A | Dividend | | | Sold | 05/14/18 | J | | |
| 39. Ivy Emerging Markets Equity Fund Class A (IPOAX) | | None | | | Sold (part) | 01/10/18 | J | | |
| 40. | | | | | Sold | 05/14/18 | J | | |
| 41. PIMCO Income Fund Institutional Class (PIMIX) | A | Dividend | | | Sold (part) | 01/10/18 | J | | |
| 42. | | | | | Sold | 05/14/18 | J | | |
| 43. NORTHWESTERN MUTUAL IRA (H) | | | | | | | | | |
| 44. Dreyfus Ins Deposit Program I (DIDI) | A | Interest | K | T | | | | | |
| 45. Russell Short Duration Bond Fund (RFBSX) | C | Dividend | M | T | | | | | |
| 46. Russell Strategic Bond Fund Class I (RFCTX) | D | Dividend | N | T | | | | | |
| 47. Russell Emerging Markets Fund CL S (REMSX) | | None | | | Sold (part) | 05/04/18 | K | | |
| 48. | | | | | Sold | 12/07/18 | K | | |
| 49. Russell Global Real Estate Securities Fund Class S (RRESX) | A | Dividend | K | T | Sold (part) | 05/04/18 | J | | |
| 50. Russell Int'l Developed Markets Fund Class S (RINTX) | | None | | | Sold (part) | 05/04/18 | K | | |
| 51. | | | | | Sold | 12/07/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Russell US Small Cap Equity Fund Class S (RLESX) | | None | | | Sold (part) | 04/24/18 | J | A | |
| 53. | | | | | Sold (part) | 05/04/18 | J | C | |
| 54. | | | | | Sold | 12/07/18 | K | C | |
| 55. Russell US Core Equity Fund Class S (RLISX) | B | Dividend | | | Sold (part) | 04/24/18 | K | A | |
| 56. | | | | | Sold (part) | 05/04/18 | K | B | |
| 57. | | | | | Sold | 12/07/18 | M | C | |
| 58. Russell Global InfraStructure Fund Class S (RGISX) | B | Dividend | K | T | Sold (part) | 05/04/18 | J | | |
| 59. Fidelity Advisor (FOCUS) Health Care (FHCIX) | B | Distribution | K | T | Sold (part) | 05/04/18 | J | A | |
| 60. Prudential Jennison Utility Fund Class Z (PRUZX) | B | Dividend | K | T | | | | | |
| 61. Russell U.S. Mid Cap Equity Fund (RMCSX) | A | Dividend | | | Sold (part) | 04/24/18 | J | | |
| 62. | | | | | Sold (part) | 05/04/18 | J | | |
| 63. | | | | | Sold | 12/07/18 | K | | |
| 64. Russell Global Opportunistic (RGCSX) | C | Dividend | K | T | | | | | |
| 65. Russell Investment Grade Bond Fund (RFATX) | C | Dividend | | | Sold | 12/07/18 | M | | |
| 66. Fidelity Adv New Insights I (FINSX) | A | Dividend | K | T | Buy | 12/06/18 | K | | |
| 67. FMI FDS INC INTL FD INSTL (FMIYX) | B | Dividend | K | T | Buy | 12/06/18 | K | | |
| 68. MFS VALUE FUND-I (MEIIX) | A | Distribution | K | T | Buy | 12/06/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFS INTERNATIONAL GROWTH FUND-I (MQGIX) | A | Dividend | K | T | Buy | 12/06/18 | K | | |
| 70. PIONEER SER TR X MLT ASST FRT Y (MYFRX) | A | Dividend | L | T | Buy | 12/06/18 | L | | |
| 71. OPPENHEIMER DEVELOPING MARKETS FUND Y (ODVYX) | | None | K | T | Buy | 12/06/18 | K | | |
| 72. SMALL CAPSTOCKSPLUS TR FUND CLASS P (PCKPX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 73. LOW DURATION FUND CLASS P (PLDPX) | A | Dividend | L | T | Buy | 12/06/18 | L | | |
| 74. INCOME FUND CLASS P (PONPX) | | None | M | T | Buy | 12/06/18 | M | | |
| 75. STOCKSPLUS TOTAL RETURN FUND CLASS P (PTOPX) | A | Dividend | L | T | Buy | 12/06/18 | L | | |
| 76. VANGUARD INDEX 500 FUND ADMIRAL SHARES (VFIAX) | A | Dividend | K | T | Buy | 12/06/18 | K | | |
| 77. VANGUARD MID-CAP INDEX ADM (VIMAX) | A | Dividend | K | T | Buy | 12/06/18 | K | | |
| 78. VANGUARD SMALL-CAP INDEX ADM (VSMAX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 79. NORTHWESTERN MUTUAL IRA* (H) | | | | | | | | | |
| 80. Dreyfus Ins Deposit Program I (DIDI) | A | Interest | J | T | | | | | |
| 81. Fidelity Advisor (FOCUS) Health Care Fund Class I (FHCIX) | A | Dividend | J | T | | | | | |
| 82. Russell U.S. Mid Cap Equity Fund Class S (RMCSX) | A | Dividend | | | Sold | 12/06/18 | J | | |
| 83. Russell Short Duration Bond Fund Class S (RFBSX) | A | Dividend | J | T | | | | | |
| 84. Russell Emerging Markets Fund Class S (REMSX) | | None | | | Sold | 12/07/18 | J | | |
| 85. Russell Global Real Estate Securities Fund Class S (RRESX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Russell Global Opportunistic Credit Fund Class S (RGCSX) | A | Dividend | J | T | | | | | |
| 87. Russell Global Infrastructure Fund Class S (RGISX) | A | Dividend | J | T | | | | | |
| 88. Russell Strategic Bond Fund Class S (RFCTX) | A | Dividend | J | T | | | | | |
| 89. Russell Int'l Developed Markets Fund Class S (RINTX) | | None | | | Sold | 12/07/18 | J | | |
| 90. Russell U.S. Small Cap Equity Fund Class S (RLESX) | | None | | | Sold | 12/07/18 | J | A | |
| 91. Russell U.S. Core Equity Fund Class S (RLISX) | A | Dividend | | | Sold | 12/07/18 | K | | |
| 92. Russell Investment Grade Bond Fund Class S (RFATX) | A | Dividend | | | Sold | 12/07/18 | J | | |
| 93. FMI FDS INC INTL FD INSTL (FMIYX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 94. FIDELITY ADV NEW INSIGHTS I (FINSX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 95. MFS VALUE FUND-I (MEIIX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 96. MFS INTERNATIONAL GROWTH FUND-I (MQGIX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 97. OPPENHEIMER DEVELOPING MARKETS FUND Y (ODVYX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 98. SMALL CAPSTOCKSPLUS TR FUND CLASS P (PCKPX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 99. INCOME FUND CLASS P (PONPX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 100. STOCKSPLUS TOTAL RETURN FUND CLASS P (PTOPX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 101. VANGUARD MID-CAP INDEX ADM (VIMAX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 102. VANGUARD INDEX 500 FUND ADMIRAL SHARES (VFIAX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NORTHWESTERN MUTUAL BROKERAGE (H) | | | | | | | | | |
| 104. AB Fds Large Cap Growth Fund Adv (APGYX) | | None | | | Buy | 05/11/18 | J | | |
| 105. | | | | | Sold | 12/07/18 | J | | |
| 106. Calamos Invt TGru New Market Netural Income (CMNIX) | A | Dividend | | | Buy | 05/11/18 | J | | |
| 107. | | | | | Sold | 12/07/18 | J | | |
| 108. Invesco Dividend Income Fund Class Y (IAUYX) | A | Dividend | | | Buy | 05/11/18 | J | | |
| 109. | | | | | Sold | 12/07/18 | J | | |
| 110. Federated Equity Funds Strategic Value Dividend Fund (SVAIX) | A | Dividend | | | Buy | 05/11/18 | J | | |
| 111. | | | | | Sold | 12/10/18 | J | | |
| 112. Goldman Sachs Trust Global Income Fund Instl. Sh (GSGLX) | A | Dividend | | | Buy | 05/11/18 | J | | |
| 113. | | | | | Sold | 12/07/18 | J | | |
| 114. Pioneer Ser. Tr. X Multi-Asset Ultrashort Income Fund (MYFRX) | A | Dividend | | | Buy | 05/11/18 | J | | |
| 115. | | | | | Sold | 12/07/18 | J | | |
| 116. Wells Fargo Diversified Capital Builder Fund-Class Inst. (EKBYX) | A | Dividend | | | Buy | 05/11/18 | J | | |
| 117. | | | | | Sold | 12/07/18 | J | | |
| 118. AB high Income Fd Inc (AGDYX) | A | Dividend | | | Buy | 05/11/18 | J | | |
| 119. | | | | | Sold | 12/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. John Hancock Intl Growth (GOGIX) | | None | | | Buy | 05/11/18 | J | | |
| 121. | | | | | Sold | 12/07/18 | J | | |
| 122. Maintsay FDS Convertible FD Class I (MCNVX) | A | Dividend | | | Buy | 05/11/18 | J | | |
| 123. | | | | | Sold | 12/07/18 | J | | |
| 124. Pimco FDs Income FD Instl. Class (PIMIX) | A | Dividend | | | Buy | 05/11/18 | J | | |
| 125. | | | | | Sold | 12/07/18 | J | | |
| 126. Cashmere Valley Bank Wash New (CSHX) | D | Dividend | O | T | Buy | 05/11/18 | O | | |
| 127. | | | | | | | | | |
| 128. NORTHWESTERN MUTUAL INDIV ADVISORY (H) | | | | | | | | | |
| 129. AB Large Cap Growth AD (APGYX) | A | Dividend | J | T | Buy | 12/07/18 | J | | |
| 130. AB High Income Fund Advisor Class (AGDYX) | A | Dividend | | | Buy | 12/07/18 | J | | |
| 131. | | | | | Sold | 12/13/18 | J | | |
| 132. Calamos Market Neutral Income Fund Class I (CMNIX) | | None | | | Buy | 12/07/18 | J | | |
| 133. | | | | | Sold | 12/13/18 | J | A | |
| 134. Wells Fargo Diversified Capital Builder Fd Instl Class (EKBYX) | A | Dividend | | | Buy | 12/07/18 | J | | |
| 135. | | | | | Sold | 12/27/18 | J | | |
| 136. John Hancock International Growth Fund Class I (GOGIX) | A | Dividend | | | Buy | 12/07/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 12/27/18 | J | | |
| 138. Goldman Sachs Global Income Fund Institutional Class (GSGLX) | A | Dividend | | | Buy | 12/07/18 | J | | |
| 139. | | | | | Sold | 12/13/18 | J | | |
| 140. Invesco Dividend Income Fund Class Y (IAUYX) | | None | | | Buy | 12/07/18 | J | | |
| 141. | | | | | Sold | 12/13/18 | J | | |
| 142. Ivy Emerging Markets Equity Fund Class I (IPIOX) | A | Dividend | | | Buy | 12/07/18 | J | | |
| 143. | | | | | Sold | 12/13/18 | J | | |
| 144. Mainstay Mackay Convertible Fund Class I (MCNVX) | | None | | | Buy | 12/07/18 | J | | |
| 145. | | | | | Sold | 12/13/18 | J | | |
| 146. Pioneer Multi Asset Ultra Short Income Fund Class Y (MYFRX) | | None | | | Buy | 12/07/18 | J | | |
| 147. | | | | | Sold | 12/13/18 | J | | |
| 148. Pimco FDs Income FD Instl. Class (PIMIX) | A | Dividend | | | Buy | 12/07/18 | J | | |
| 149. | | | | | Sold | 12/13/18 | J | | |
| 150. Federated Equity Funds Strategic Value Dividend Fund (SVAIX) | | None | | | Buy | 12/07/18 | J | | |
| 151. | | | | | Sold | 12/13/18 | J | | |
| 152. Fidelity Advisor FOCUS Health Care Fund Class I (FHCIX) | | None | | | Buy | 12/13/18 | J | | |
| 153. | | | J | T | Buy (add'l) | 12/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. FMI International Fund Institutional Class (FMIYX) | | None | J | T | Buy | 12/27/18 | J | | |
| 155. MFS Value Fund Class I (MEIIX) | | None | J | T | Buy | 12/27/18 | J | | |
| 156. MFS International Growth Fund Class I (MQGIX) | | None | J | T | Buy | 12/27/18 | J | | |
| 157. Oppenheimer Developing Markets Fund Class Y (ODVYZ) | | None | J | T | Buy | 12/13/18 | J | | |
| 158. Vanguard 500 Index Fund Admiral Shares (VFIAX) | A | Dividend | J | T | Buy | 12/13/18 | J | | |
| 159. Vanguard Mid-Cap Index Fund Admiral Shares (VIMAX) | A | Dividend | | | Buy | 12/13/18 | J | | |
| 160. | | | J | T | Buy (add'l) | 12/27/18 | J | | |
| 161. Vanguard Small Cap Index Fund Admiral Shares (VSMAX) | A | Dividend | J | T | Buy | 12/13/18 | J | | |
| 162. AXA PTC Cust Rollover IRA FBO Merilee Corbit* (H) | | | | | | | | | |
| 163. iShares Tr/Core MSCI EAFE ETF (IEFA) | A | Dividend | J | T | Sold (part) | 06/27/18 | J | | |
| 164. iShares Inc/Core MSCI Emerging (IEMG) | A | Dividend | J | T | | | | | |
| 165. iShares Core S&P Mid Cap (IJH) | A | Dividend | J | T | | | | | |
| 166. iShares Russell 2000 Index (IWM) | A | Dividend | J | T | Buy (add'l) | 06/25/18 | J | | |
| 167. SSGA Active ETF/Blackstone / GSO SR (SRLN) | A | Dividend | J | T | Buy (add'l) | 11/01/18 | J | | |
| 168. SPDR Barclays Capital High Yield ETF (JNK) | A | Dividend | J | T | Sold (part) | 06/26/18 | J | | |
| 169. Vanguard Intermediate Term Corporate Bond (VCIT) | A | Dividend | J | T | Buy (add'l) | 06/26/18 | J | | |
| 170. Vanguard Total Bond Market ETF (BND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | Sold (part) | 06/25/18 | J | | |
| 172. iShares Russell 3000 Growth Index (IUSG) (X) | A | Dividend | J | T | | | | | |
| 173. iShares Russell 3000 Value Index (IUSV) (X) | A | Dividend | J | T | | | | | |
| 174. Global X MLP & Energy Infrastructure (MLPX) (X) | A | Dividend | J | T | Buy (add'l) | 11/01/18 | J | | |
| 175. iShares US Treasury Inflation Protection (TIP) | A | Dividend | J | T | Buy | 06/27/18 | J | | |
| 176. OTHER ACCOUNTS (H) | | | | | | | | | |
| 177. Northwestern Mutual Whole Life Insurance Policy | | None | K | T | | | | | |
| 178. Northwestern Mutual Whole Life Insurance Policy* | | None | K | T | | | | | |
| 179. Bank of America Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note: on the 2017 FDR at line 74, was listed AXA EQUITABLE EQUI-VEST VARIABLE ANNUITY 403(b) that was listed in error. This account was rolled into the AXA IRA account (listed at Line 77) on October 28, 2016. The value on the date of the rollover was $30,964.09

line 75 listed fund AXA Moderate-Plus Allocation should not have been listed.

line 76 listed EQ/Mid-cap Value PLUS should not have been listed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick P. Corbit**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544